DOWD, J.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD KELLER, | ) | |
| | ) | CASE NO. EDCV 09-1496-DDD-(DTBx) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| | ) | **WITH PREJUDICE** |
| UNITED STATES OF AMERICA; THE | ) | |
| J&R FAMILY L LIMITED | ) | |
| PARTNERSHIP; and DOES 1 through | ) | |
| 50, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the separately filed Stipulation for Compromise Settlement (ECF No. 45), this action is hereby dismissed with prejudice. Each party to bear its own costs and fees. The Court will retain jurisdiction over this action for the purposes of enforcing settlement.

This case is closed.

IT IS SO ORDERED.

 January 18, 2011     　　　　　　　　　　　　　　　　　　　　 *s/ David D. Dowd, Jr.*
Date　　　　　　　　　　　　　　　　　　　　　　　　　　　　　David D. Dowd, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge